UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE, a non-
profit corporation,

                        NO. CIV. S-08-2184 LKK/KLM

    Plaintiff,

  v.

                        O R D E R

CITY OF STOCKTON, a municipal
corporation,

    Defendant.
_____/

    A status conference was held in chambers on December 15, 2008. After hearing, the court orders as follows:

    1.   A further status conference is set for March 9, 2009 at 1:30 p.m.

    IT IS SO ORDERED.

    DATED: December 16, 2008.

                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

1