SOMACH SIMMONS & DUNN
A Professional Corporation
PAUL S. SIMMONS, ESQ. (SBN 127920)
THERESA A. DUNHAM, ESQ. (SBN 187644)
KANWARJIT S. DUA, ESQ. (SBN 214591)
813 Sixth Street, Third Floor
Sacramento, CA 95814-2403
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
Email: psimmons@somachlaw.com
Email: tdunham@somachlaw.com
Email: kdua@somachlaw.com

Attorneys for Defendant
CITY OF STOCKTON

Daniel Cooper (Bar No. 153576)
daniel@lawyersforcleanwater.com
Drevet Hunt (Bar No. 240487)
drev@lawyersforcleanwater.com
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155

Attorneys for Plaintiff, CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF STOCKTON, a municipal corporation,<br><br>Defendant. | CASE NO. 2:08-cv-02184-LKK-KJM<br><br>STIPULATION TO EXTEND FURTHER TIME TO ANSWER AMENDED COMPLAINT AND ORDER |

**WHEREAS**, the California Sportfishing Protection Alliance (CSPA) served its amended complaint in the above-captioned case on October 29, 2008;

**WHEREAS**, the initial deadline for the City of Stockton (the "City") to respond to the CSPA's Amended Complaint was November 19, 2009;

**WHEREAS**, the City and CSPA entered into a stipulation for a thirty (30) day extension pursuant to Local Rule 6-144(a) to and including December 19, 2008, for the City to answer CSPA's Amended Complaint;

**WHEREAS**, the Court has continued this matter until March 9, 2008;

**WHEREAS**, the parties anticipate that this matter will be resolved by a settlement and/or consent decree on or before March 9, 2008;

**WHEREAS**, in the interests of efficiency and judicial economy, the parties wish to preserve costs incurred in this matter;

**THEREFORE, IT IS HEREBY STIPULATED** by and between CSPA and the City, through their respective counsel of record, that the City shall have a further extension of twenty one (21) days, to and including January 9, 2009, within which to answer CSPA's Amended Complaint.

Respectfully submitted,

SOMACH SIMMONS & DUNN
A Professional Corporation

Dated: December 19, 2008      By: /s/ Kanwarjit S. Dua
                              Kanwarjit S. Dua, Attorneys for Defendant
                              CITY OF STOCKTON

LAWYERS FOR CLEAN WATER, INC.

Dated: December 19, 2008      By: /s/ Daniel Cooper (As authorized on 12/19/08)
                              Daniel Cooper, Attorneys for Plaintiff
                              CALIFORNIA SPORTFISHING
                              PROTECTION ALLIANCE

SOMACH SIMMONS & DUNN
A Professional Corporation

STIPULATION TO EXTEND FURTHER TIME TO ANSWER AMENDED COMPLAINT        -2-

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

**IT IS HEREBY ORDERED:**

Dated: December 23, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be e-filed on December 19, 2008, 2008, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

/s/ Kanwarjit S. Dua<br>Kanwarjit S. Dua

**SOMACH SIMMONS & DUNN**
A Professional Corporation

PDF created with pdfFactory trial version www.pdffactory.com