SOMACH SIMMONS & DUNN
A Professional Corporation
Paul S. Simmons (Bar No. 127920)
    psimmons@somachlaw.com
Theresa A. Dunham (Bar No. 187644)
    tdunham@somachlaw.com
Kanwarjit S. Dua (Bar No. 214591)
    kdua@somachlaw.com
813 Sixth Street, Third Floor
Sacramento, CA 95814-2403
Tel:  (916) 446-7979; Fax:  (916) 446-8199

Attorneys for Defendant CITY OF STOCKTON

Daniel Cooper (Bar No. 153576)
    daniel@lawyersforcleanwater.com
Drevet Hunt (Bar No. 240487)
    drev@lawyersforcleanwater.com
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Tel: (415) 440-6520; Fax: (415) 440-4155

Michael Lozeau (Bar No. 142893)
    michael@lozeaudrury.com
Douglas Chermak (Bar No. 233382)
    doug@lozeaudrury.com
LOZEAU | DRURY LLP
1516 Oak Street, #216
Alameda, CA 94501
Tel: (510) 749-9102; Fax: (510) 749-9103

Attorneys for Plaintiff, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF STOCKTON, a municipal corporation, <br><br> Defendant. | CASE NO. 2:08-cv-02184-LKK-KJM <br><br> STIPULATION TO EXTEND TIME TO ANSWER AMENDED COMPLAINT AND ORDER |

**WHEREAS**, the California Sportfishing Protection Alliance (CSPA) served its amended complaint in the above-captioned case on October 29, 2008;

**WHEREAS**, the initial deadline for the City of Stockton (the "City") to respond to CSPA's Amended Complaint was November 19, 2008;

**WHEREAS**, the City and CSPA entered into a stipulation for a thirty (30) day extension pursuant to Local Rule 6-144(a) to and including December 19, 2008, for the City to answer CSPA's Amended Complaint;

**WHEREAS,** the City and CSPA entered into a stipulation for a further twenty one (21) day extension for the City to answer CSPA's Amended Complaint;

**WHEREAS**, the Court has continued this matter until March 9, 2009;

**WHEREAS**, the City has agreed to work cooperatively with CSPA to settle this matter. To that end, the City agrees to the following conditions in exchange for an extension of time to answer:

1. The City and its technical staff (e.g., wastewater collection system and treatment plant engineers) will attend a settlement meeting ("Engineers Meeting") with CSPA and its technical consultants on or before January 16, 2009;

2. The City will provide CSPA with all documents requested by CSPA and its technical consultants, including any documents requested during the Engineers Meeting, within ten (10) calendar days of the request;

3. A further settlement meeting will be conducted no later than the week of February 2-6, 2009;

4. CSPA will provide the City with a draft consent decree within fourteen (14) days of the further settlement meeting;

5. A second further settlement meeting will be conducted in person within ten (10) days of CSPA's delivery of the proposed consent decree to the City; and

6. A final consent decree will be agreed upon, or the City shall answer CSPA's Amended Complaint on or before March 6, 2009.

SOMACH SIMMONS & DUNN
A Professional Corporation

PDF created with pdfFactory trial version www.pdffactory.com

**WHEREAS**, the parties anticipate that provided the above schedule is met this matter will be resolved by a settlement and/or consent decree on or before March 9, 2009;

**WHEREAS**, in the interests of efficiency and judicial economy, the parties wish to preserve costs incurred in this matter;

**THEREFORE, IT IS HEREBY STIPULATED** by and between CSPA and the City, through their respective counsel of record, that the City shall have a further extension to and including March 6, 2009, within which to answer CSPA's Amended Complaint.

**IT IS HEREBY FURTHER STIPULATED** by and between CSPA and the City, through their respective counsel of record, that this extension to answer may be revoked upon written notice by either party in the event the conditions described above are not being met. If written notice is provided, the City shall have fourteen (14) days within which to answer CSPA's Amended Complaint.

Respectfully submitted,

SOMACH SIMMONS & DUNN
A Professional Corporation

Dated: January 9, 2009            By: /s/ Kanwarjit S. Dua
                                      Kanwarjit S. Dua, Attorneys for Defendant
                                      CITY OF STOCKTON


LAWYERS FOR CLEAN WATER, INC.

Dated: January 9, 2009            By:/s/ Daniel Cooper (As Authorized on 1/9/09)
                                      Daniel Cooper, Attorneys for Plaintiff
                                      CALIFORNIA SPORTFISHING
                                      PROTECTION ALLIANCE

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

**IT IS HEREBY ORDERED:**

Dated: January 12, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be e-filed on January 9, 2009, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

/s/ Kanwarjit S. Dua
Kanwarjit S. Dua