IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE, a non-
profit corporation,

        Plaintiff,

   v.                                 CIV. NO. S-08-2184 LKK/KJM

CITY OF STOCKTON, a municipal
corporation,

        Defendant.
_____/

COALITION FOR A SUSTAINABLE
DELTA, a California corporation,
BELRIDGE WATER STORAGE DISTRICT,
A California Water Storage
District, BERRENDA MESA WATER
DISTRICT, a California Water
District, CAWELO WATER DISTRICT,
a California Water District,
NORTH OF THE RIVER MUNICIPAL
WATER DISTRICT, a California
Municipal Water District,
WHEELER RIDGE-MARICOPA WATER
STORAGE DISTRICT, a California
Water Storage District, and
DEE DILLON, an individual,

        Plaintiffs,

   v.                                 CIV. NO. S-09-0466 LKK/KJM

CITY OF STOCKTON, a municipal
corporation, and COUNTY OF SAN
JOAQUIN, a political subdivision
of the State of California,
                                            O R D E R

        Defendants.
_____/

1    The City of Stockton and County of San Joaquin have filed a
2    motion for reconsideration, Doc. No. 19, of this court's order
3    relating cases 2:08-cv-02184 and 2:09-cv-00466, Doc. No. 14.  The
4    former case is between the California Sportfishing Protection
5    Alliance and the City of Stockton.  The latter case is between
6    Coalition for a Sustainable Delta and defendants City of Stockton
7    and County of San Joaquin.  This motion is noticed to be heard on
8    May 4, 2009.  The court does not believe oral argument will be
9    useful on this motion and accordingly VACATES the hearing.
10       IT IS SO ORDERED.
11       DATED:  April 29, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT