IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE, a non-
profit corporation,

        Plaintiff,

    v.                          CIV. NO. S-08-2184 LKK/KJM

CITY OF STOCKTON, a municipal
corporation,                    O R D E R

        Defendant.

_____/

    At the conference held in chambers on May 11, 2009 between the California Sportfishing Protection Alliance and the City of Stockton, the parties informed the court that settlement of case 2:08-cv-2184 was imminent. Accordingly, the parties SHALL provide the court with either a proposed consent decree or a status update within four weeks of the date of this order.

    IT IS SO ORDERED.

    DATED: May 12, 2009.

                                 
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1