```
                    UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE, a non-
profit corporation,
                                        NO. CIV. S-08-2184 LKK/KJM

            Plaintiff,

      v.

CITY OF STOCKTON, a municipal                    O R D E R
corporation,

            Defendant.
                                   /
```

The parties in the above-captioned matter, No. 2:08-cv-2184, have informed the court that settlement is imminent. On May 12, 2009, this court ordered the parties to submit either a proposed consent decree or a status update within four weeks. The parties have submitted such a status update. Pursuant to the parties' request, the parties SHALL file either a notice of tentative settlement or a further status report by June 26, 2009.

IT IS SO ORDERED.

DATED: June 16, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1