UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE, a non-
profit corporation,

                              NO. CIV. S-08-2184 LKK/KJM

        Plaintiff,

   v.

CITY OF STOCKTON, a municipal           O R D E R
corporation,

        Defendant.
                             /

    The parties in the above-captioned matter, No. 2:08-cv-2184, have informed the court that a proposed settlement is expected to be approved by defendant City of Stockton at defendant's City Council meeting on July 14, 2009. Pursuant to the parties' request, the parties SHALL file, no later than July 17, 2009, either a notice of settlement or a status report explaining why the City Council did not approve the settlement.

    IT IS SO ORDERED.

    DATED: July 9, 2009.

                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT